# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALVINDER MATHARU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>REDSHELF, INC., a Delaware Corporation; GREGORY FENTON, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 8:19-cv-00702-AG-JDEx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: August 12, 2019

_____
HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE